

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lester Roger Duncan, Jr.<br><br>Plaintiff,<br>V.<br><br>Commissioner of Social Security<br><br>Defendant. | Civil Action No.   17-cv-00032-H-NLS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court concludes that (1) the ALJ properly evaluated Plaintiff's mental impairment as non-severe pursuant to the special technique, (2) substantial evidence supports the ALJ's RFC determination, and (3) substantial evidence supports the ALJ's credibility determination. Therefore, the Court Denies Plaintiff's motion for summary judgment, Grants Defendant's cross-motion for summary judgment, and Affirms the ALJ's order. It Is So Ordered.

Date:   12/7/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Gutierrez

J. Gutierrez, Deputy